IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANNON LEE STARR, | ) | No. C 15-0806 RMW (PR) |
| Plaintiff, | ) ) | ORDER CERTIFYING THAT APPEAL IS NOT TAKEN IN |
| v. | ) ) | GOOD FAITH |
| OAKLAND POLICE DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

    This is a Section 1983 action brought by an prisoner proceeding pro se. Plaintiff was granted leave to proceed in forma pauperis ("IFP"). After a review of the complaint, on June 12, 2015, the court dismissed the complaint as barred under <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994), and entered judgment. More than 30 days later, plaintiff filed a notice of appeal. On August 13, 2015, the Ninth Circuit Court of Appeals referred this case back to this court for the limited purpose of determining whether IFP status should continue for this appeal.

    Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that a party granted leave to proceed in forma pauperis in district court may continue in that status on appeal unless the district court certifies that the appeal is not taken in good faith. Section 1915(a)(3) of Title 28 of the United States Code similarly provides that an appeal may not be taken IFP if the trial court certifies it is not taken in good faith. "Not taken in good faith" means "frivolous." <u>Ellis v.</u>

1 United States, 356 U.S. 674, 674-75 (1958); Hooker v. American Airlines, 302 F.3d 1091, 1092
2 (9th Cir. 2002) (order).

3     Because the court's ruling was clearly correct, it is CERTIFIED that this appeal is
4 frivolous and therefore not taken in good faith. The clerk shall notify plaintiff forthwith and the
5 court of appeals of this order. See Fed. R. App. P. 24(a)(4). Plaintiff may file a motion for leave
6 to proceed IFP on appeal in the court of appeals within thirty days after service of notice of this
7 action. See Fed. R. App. P. 24(a)(5). Any such motion "must include a copy of the affidavit
8 filed in the district court and the district court's statement of reasons for its action." Id.

9     IT IS SO ORDERED.

10 DATED: 9/23/2015

*[signature: Ronald M. Whyte]*
RONALD M. WHYTE
11 United States District Judge